ACCEPTED
15-24-00088-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/21/2025 12:36 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00088-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/21/2025 12:36:19 PM
CHRISTOPHER A. PRINE
Clerk

## In the Fifteenth Court of Appeals

PLS Check Cashers of Texas, inc.// Bobby Wilkinson, in his Official Capacity as Executive Director of the Texas Department of Housing and Community Affairs,

*Appellant// Cross-Appellant,*

*v.*

Texas Department of Housing and Community Affairs, and Bobby Wilkinson, in his Official Capacity as Executive Director of the Texas Department of Housing and Community Affairs// PLS Check Cashers of Texas, inc.

*Appellees// Cross-Appellee.*

On Appeal from the
201st Judicial District Court, Travis County

## JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS

Pursuant to Rules 10.5(b) and 38.6(a)(2) of the Texas Rules of Appellate Procedure, the parties, Appellant/ Cross-Appellee, PLS Check Cashers of Texas, Inc. ("Appellant") and Cross-Appellant/Appellee, Bobby Wilkinson, in his official capacity as Executive Director of the Texas Department of Housing and Community Affairs ("TDHCA")("Cross-Appellant") respectfully seek an extension of 15 days to file their Reply Briefs, through and until February 5, 2025.

Appellant's and Cross-Appellant's are currently due January 21, 2025.

The parties jointly request this extension primarily because counsel have been unable to devote adequate time to this matter. Counsel for PLS Check Cashers, Inc. has a January 23, 2025 hearing in *Blackswan Steel, LLC v. New Age Drywall, LLC*, Cause No. 24-CV-1023, in the 212th District Court, Galveston County, Texas, as well as the following briefs due:

Reply Brief in Cause No. 14-24-00268-CV, *CEMEX Construction Materials South, LLC and Poarch/Swinbank, LLC v. Tejas Avco, Inc.*, in the Fourteenth Court of Appeals at Houston, on January 27, 2025;

Appellant's Brief in Cause No.05-24-01515-CV, *Louis Carter, Jr. v. Timothy C. Sanders*, in the Fifth Court of Appeals at Dallas, on February 2, 2025; and,

Appellant's Brief in Cause No. 12-24-00326-CV, *Lufkin Mall Realty Holding LLC v. Lufkin Investment Partners LLC*, in the Twelfth Court of Appeals at Tyler, on February 7, 2025.

In addition, Counsel for TDHCA and Bobby Wilkinson has been required to devote time to the following other matters:

As the deadlines for Appellant and Cross-Appellant's briefs run concurrently, this request for an extension not for purposes of delay but in the interest of fairness and so that Appellant's and Cross-Appellant's counsel may have adequate time to prepare the parties' respective briefs in light of the above-noted considerations. No party will be prejudiced by this request.

## Prayer

For these reasons, Appellant and Cross-Appellant respectfully request an extension of 15 days to file their Reply Briefs, through and until February 5, 2025.

Dated: January 21, 2025.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

JAMES LLOYD
Deputy Attorney General for Civil
Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ BRIANNA M. KROMINGA
BRIANNA M. KROMINGA
Assistant Attorney General
Texas Bar No. 24103252

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(214) 290-8884 (Main)
(512) 320-0667 (Fax)
Brianna.krominga@oag.texas.gov

**COUNSEL FOR CROSS-APPELLANT/
APPELLEES**

/s/ NICHOLAS D. STEPP
NICHOLAS D. STEPP
TEXAS BAR NO. 24077701
NICK.STEPP@HUSCHBLACKWELL.COM
BEN STEPHENS
TEXAS BAR. NO. 24098472
BEN.STEPHENS@HUSCHBLACKWELL.COM
HUSCH BLACKWELL LLP
600 TRAVIS ST., SUITE 2350
HOUSTON, TEXAS 77002
(713) 525-6263

LYNN HAMILTON BUTLER
TEXAS BAR NO. 03527350
LYNN.BUTLER@HUSCHBLACKWELL.COM
HUSCH BLACKWELL LLP

111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456 (main)
(512) 479-1101 (Fax)

Alejandra Garcia Castro
Texas Bar No. 24131325
ALEJANDRA.GARCIACASTRO@HUSCHBLACKWELL.COM
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 981-7053

**Counsel for Appellant/ Cross-Appellee**

## CERTIFICATE OF CONFERENCE

On January 16, 2025, in accordance with Rule 10.1(a)(5), the office of the undersigned conferred by electronic mail with counsel for Appellees/Cross-Appellants, Brianna Krominga, who agrees to the filing and contents of this joint motion.

*/s/ Nicholas D. Stepp*
Nicholas D. Stepp

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically on all counsel of record on this January 21, 2025, in accordance with Tex. R. App. P. 9(5)(b)(1):

Brianna M. Krominga
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(214) 290-8884 (Main)
(512) 320-0667 (Fax)
Brianna.krominga@oag.texas.gov

*/s/ Nicholas D. Stepp*
Nicholas D. Stepp

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

darlyn castillo on behalf of Nicholas Stepp
Bar No. 24077701
darlyn.castillo@huschblackwell.com
Envelope ID: 96430319
Filing Code Description: Motion
Filing Description: Joint Motion for Extension of Time to File Reply Briefs
Status as of 1/21/2025 12:58 PM CST

Associated Case Party: PLS Check Cashers of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nick Stepp | | nick.stepp@huschblackwell.com | 1/21/2025 12:36:19 PM | SENT |
| Lynn H.Butler | | lynn.butler@huschblackwell.com | 1/21/2025 12:36:19 PM | SENT |
| Benjamin Stephens | | ben.stephens@huschblackwell.com | 1/21/2025 12:36:19 PM | SENT |
| Alejandra Garcia Castro | | Alejandra.GarciaCastro@huschblackwell.com | 1/21/2025 12:36:19 PM | SENT |

Associated Case Party: Texas Department of Housing and Community Affairs

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brianna Krominga | 24103252 | brianna.krominga@oag.texas.gov | 1/21/2025 12:36:19 PM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 1/21/2025 12:36:19 PM | SENT |

Associated Case Party: Bobby Wilkinson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brianna Krominga | | brianna.krominga@oag.texas.gov | 1/21/2025 12:36:19 PM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 1/21/2025 12:36:19 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| HBCourtFilings HOU | | HBCourtFilings-HOU@huschblackwell.com | 1/21/2025 12:36:19 PM | SENT |